UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　　　Defendants | Case No. 2:23-cv-00125-GMN-BNW<br><br>**ORDER** |

**I.　DISCUSSION**

On January 24, 2023, Plaintiff Benjamin Espinosa, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed an application to proceed *in forma pauperis*. (ECF No. 1). However, Plaintiff's application to proceed *in forma pauperis* was incomplete and Plaintiff did not submit an application on this Court's approved form. (*Id.*) The Court granted Plaintiff leave to file a fully complete application to proceed *in forma pauperis*. (ECF No. 3). Instead, Plaintiff filed a motion for reconsideration asserting that he was having difficulty getting the required documents from inmate accounting. (ECF No. 4). The Court granted Plaintiff an extension of time. (ECF No. 5). Plaintiff once again moves for an extension of time and asks the Court to order inmate accounting to provide him with a financial certificate and inmate accounting statement. (ECF No. 6).

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is

page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. See 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

As explained above, Plaintiff has not submitted a fully complete application to proceed *in forma pauperis*. Plaintiff still has not submitted pages 1 through 3 of this Court's form application and has not submitted a completed financial certificate and an inmate account statement for the previous six-month period. The Court grants Plaintiff's motion in part and denies the motion in part. The Court grants Plaintiff **until June 29, 2023**, to submit a fully complete application to proceed *in forma pauperis* to this Court. The Court will not order the NDOC to provide Plaintiff those documents at this time. Plaintiff will need to go through the proper prison procedures to request such documents. If Plaintiff continues to have difficulties obtaining a completed financial certificate and an inmate account statement for the previous six-month period, Plaintiff will need to include a copy of a recent[1] inmate request seeking those documents from NDOC accounting before seeking another extension. The Court notes that Plaintiff is capable of submitting pages 1 through 3 of the form application to this Court without intervention from NDOC accounting.

II.  **CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 6) is granted in part and denied in part. The Court grants an extension of time to file a complete application to proceed *in forma pauperis* but denies the request to order NDOC inmate accounting to produce specific documents.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled

---

[1] Inmate requests from October 30, 2022, are not recent. (*See* ECF No. 1 at 7).

information and instructions for filing an *in forma pauperis* application.

It is further ordered that Plaintiff has **until June 29, 2023,** to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* on this Court's approved form.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED: May 15, 2023

_____
UNITED STATES MAGISTRATE JUDGE