UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00125-GMN-BNW<br><br>**ORDER TO PRODUCE IN PERSON BENJAMIN ESPINOSA, #74296** |

TO:　　JERRY BEAN, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NEVADA

**THE COURT HEREBY FINDS** that **BENJAMIN ESPINOSA, Inmate ID #74296**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, 22010 Cold Creek Road, Indian Springs, Nevada 89070.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and arrange for **BENJAMIN ESPINOSA, Inmate ID #74296,** to appear on **Wednesday, July 17, 2024, at 10:00 a.m.**, for an **IN PERSON** Motion Hearing at the United States District Court for the District of Nevada, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, Courtroom 7D before Judge Gloria M. Navarro, in the instant matter, and arrange for his **IN PERSON APPEARANCE** on said date as ordered and directed by this court, until **BENJAMIN ESPINOSA, Inmate ID #74296**, is released and discharged by the said Court.

**IT IS FURTHER ORDERED** that **BENJAMIN ESPINOSA, Inmate ID #74296,** shall thereafter be returned to the custody of High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this __8__ day of July, 2024.

_____
**GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE**