# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

BENJAMIN ESPINOSA,

Plaintiff,

v.

CALVIN JOHNSON, et al.,

Defendants.

Case No. 2:24-cv-00125-GMN-BNW

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint. ECF No. 42. Defendants did not oppose. *See* ECF No. 51. The Court therefore grants the Motion as unopposed. *See* LR 7-2(2).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 42) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court detach the Proposed Second Amended Complaint (ECF No. 42-1) and file it on the docket.

**IT IS FURTHER ORDERED** that service must be effected pursuant to Federal Rule of Civil Procedure 4(m) within 90 days of the date of this Order.

**IT IS FURTHER ORDERED** that within 21 days of the date of this Order, the Attorney General's Office shall file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service, (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known addresses under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve Plaintiff, the last-known addresses of those defendants for whom it has such information. If the last-known addresses of the defendants are P.O. Boxes, the Office shall attempt to obtain and provide the last-known physical addresses.

1      **IT IS FURTHER ORDERED** that if service cannot be accepted for any of the named
2  defendants, Plaintiff shall file a motion identifying the unserved defendants, requesting issuance
3  of a summons, and specifying full names and addresses for the defendants. For the defendants for
4  whom the Attorney General's Office has not provided last-known addresses, Plaintiff shall
5  provide the full names and addresses for the defendants.
6      **IT IS FURTHER ORDERED** that if the Attorney General's Office accepts service of
7  process for any named defendants, such defendants shall file and serve an answer or other
8  response to the Second Amended Complaint within 60 days of the date of this Order.

10      DATED this 23rd day of July 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE