AARON D. FORD
  Attorney General
D. RANDALL GILMER, Bar No. 14001
  Chief Deputy Attorney General
VICTORIA C. COREY, Bar No. 16364
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
Tel: (702) 486-9245
E-mail: vcorey@ag.nv.gov

*Attorneys for Defendants Jeremy Bean,
Jessie Brightwell, William Gittere,
Calvin Johnson, Teddy Miro
Kelly Quinn, Julie Williams,
and James Dzurenda*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00125-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Benjamin Espinosa, Plaintiff, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 3rd day of October 2024.

DATED this 3rd day of October 2024.
AARON D. FORD
Attorney General

#74296

BENJAMIN ESPINOSA (#74296)
*Plaintiff, pro se*

/s/ Victoria C. Corey
VICTORIA C. COREY (Bar No. 16364)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case. All other pending motions are DENIED as MOOT.

DATED November 18, 2024.

Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Page 2